IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH GATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:21-cv-0508-E-BN |
| | § | |
| CARRINGTON MORTGAGE SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 16). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court GRANTS Defendant's Motion to Dismiss (Doc. 6) and dismisses Plaintiff's claims without prejudice. Plaintiff has 21 days from the date of this Order to file an amended complaint repleading her claims, if she can, consistent with the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. If Plaintiff fails to do so, her claims will be dismissed without prejudice without further notice.

SO ORDERED this 29th day of November, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE